Form TF0001
July 2016

TEXAS HEALTH AND HUMAN SERVICES COMMISSION
P O BOX 149029
AUSTIN, TEXAS 78714-9029



Date: 03/27/2018
Case Number: ▮2053

**Need help?**

Call 2-1-1 or 1-877-541-7905

If you have a hearing or speech disability, call 7-1-1 or any relay service.

All numbers are free to call.

DELILAH LONGORIA
3702 ARAGON DR
SAN ANTONIO TX 78211-4215

# Notice about your case:
## SNAP Food Benefits

EDG number: ▮153

| Who gets SNAP Food Benefits | | |
| --- | --- | --- |
| Name | Date | Monthly Amount |
| ▮ Delilah Longoria; ▮ | 04/01/2018 - 08/31/2018 | $ 850.00 |
| Delilah Longoria ▮ | 03/23/2018 - 03/31/2018 | $ 224.00 |

## Health Care Benefits

| Who gets health care benefits | | | |
| --- | --- | --- | --- |
| Name | EDG number | Program | Date |
| ▮ | ▮ | ▮ | ▮ |

CV - FQ1059R2

Attorney General of Texas - Child Support Division
Financial Activity Report as of 06/26/2018
Case ID: 0013049680    Cause Number: 2013CI02712
NCP: ORTA, AUGUSTIN G    CP: LONGORIA, DELILAH

| Trans Date | Activity Type | Transaction Amount | Child Support Amount Due | Child Support Amount Applied | Balance |
|---|---|---|---|---|---|
| 05/18/2018 | Collection | -285.23 | | -285.23 | 230.79 |
| 06/01/2018 | Amount Due | 618.00 | 618.00 | | 848.79 |
| 06/01/2018 | Collection | -285.23 | | -285.23 | 563.56 |
| 06/15/2018 | Collection | -285.23 | | -285.23 | 278.33 |
| | Totals: | | 30,933.35 | -30,655.02 | 278.33 |

FEDERAL OFFSET (FO) receipts are subject to future adjustments by the Federal Government.